# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPI PRODUCTS, INC., )<br>          )<br>   Plaintiff(s), )<br>          )<br>   v.    )<br>          )<br>ENAILSUPPLY CORPORATION, et al., )<br>          )<br>   Defendant(s). )<br>          )<br>_____) | CASE NO. CV10-850-AHM (CWx)<br><br>ORDER DISMISSING CIVIL ACTION<br>BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: May 27, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**